# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-MC-9002-DGK |
| | ) | |
| TERRY L. WEBSTER and | ) | |
| GAYLA J. WEBSTER, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is Magistrate Judge James C. England's Report and Recommendation to enforce the Internal Revenue Service Summonses. (Doc. No. 10) Defendants have filed no objections to the Report and Recommendation. After an independent review of the record and the applicable law, the Court adopts the Magistrate Judge's findings of fact and conclusions of law. Accordingly, the Court orders the summonses enforced.

SO ORDERED.

                                                                                       /s/ Greg Kays
                                                                                    **GREG KAYS**
                                                         **UNITED STATES DISTRICT JUDGE**

Date: August 28, 2009